People v Matias (2023 NY Slip Op 00382)

People v Matias

2023 NY Slip Op 00382

Decided on January 26, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 26, 2023

Before: Renwick, J.P., Kapnick, Gesmer, Moulton, Shulman, JJ. 

Ind. No. 2204/16 Appeal No. 15800 Case No. 2018-03133 

[*1]The People of the State of New York, Respondent,
v
Stephen Matias, Defendant-Appellant.

An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Guy Mitchell, J.), entered on or about January 30, 2018,
And said appeal having been argued by counsel for the respective parties;
It is unanimously ordered that said appeal be and the same is hereby dismissed in accordance with the terms of the unopposed motion (M-2022-3683).
ENTERED: January 26, 2023